RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 3/10/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| PEDRO MARTINEZ-GARCIA<br>FED. REG. #16649-198<br>A 146 55 729 | CIVIL ACTION NO. 3:10-cv-1888 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN JOHN SMITH | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

MONROE, LOUISIANA, this 10 day of March, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE